**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | 8:06CR90 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **SCOTT A. BROOKS,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Wesley S. Dodge, CJA, to withdraw as counsel for the defendant, Scott A. Brooks [52]. Since retained counsel, Alan G. Stoler, has entered an appearance for the defendant [51], the motion to withdraw [52] is granted. Wesley S. Dodge shall be deemed withdrawn as attorney of record and shall forthwith provide Alan G. Stoler with the discovery materials provided the defendant by the government and such other materials obtained by Mr. Dodge which are material to the defendant's defense.

**IT IS SO ORDERED.**

DATED this 8th day of September, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge